UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MILDRED G. JOHNSON,

    Plaintiff,

v.                                              Case No. 1:15-cv-777
                                                                    Hon. Ray Kent
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED.**


Dated:  September 12, 2016         /s/ Ray Kent
                                                 RAY KENT
                                                 United States Magistrate Judge